AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hicks, Jr., S. Maurice | U.S. District Co., Western La. | 08/13/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

U.S. Courthouse
300 Fannin St. , Suite 5101
Shreveport, LA 71101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Lecturer | Centenary College of Louisiana |
| 2. | Board of Directors Member | Children and Arthritis, Inc. (501(c) (3) organization) |
| 3. | Advisory Board Member | Global Power Air Museum of Barksdale Air Force Base (501(c)(3) organization) |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Centenary College of Louisiana - Teaching | $2,500 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Paralegal services - self-employed |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Supreme Court Committee on Bar Admissions, State of Louisiana | 01/13/2014-01/14/2014 | New Orleans, LA | Activity of professional association or civic organization | Transportation, meals, lodging |
| 2. | Federal Judicial Court/ Administrative Office of the United States Courts | 05/06/2014-05/09/2014 | San Antonio, TX | Circuit judicial conference | Transportation, meals, lodging |
| 3. | Federal Court | 07/10/2014-07/11/2014 | Lafayette, LA | Court governance or administrative/managerial meetings | Transportation, meals, lodging |
| 4. | Federal Judicial Court/ Administrative Office of the United States Courts | 10/19/2014-10/22/2014 | Austin, TX | FJC educational seminar or program | Transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/13/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | Federal Court | 11/14/2014-11/14/2014 | Monroe, LA | Court governance or administrative/managerial meetings | Transportation, meals, lodging |
| 6. | Federal Court | 12/11/2014-12/12/2014 | New Orleans, LA | Court governance or administrative/managerial meetings | Transportation, meals, lodging |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Hicks, Jr., S. Maurice | 08/13/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Midland Mortgage | Mortgage - Rental Property #1, Ruston, LA | L |
| 2. | Capital One Bank | Consumer Line of Credit | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital One Bank Accounts | A | Interest | M | T | | | | | |
| 2. State Farm Life Insurance Co. Account | | None | K | T | | | | | |
| 3. Northwestern Mutual Life Insurance Co. Account | B | Int./Div. | J | T | | | | | |
| 4. Timber Land, Lincoln Parish, Louisiana - 1/1/96, $30,000 | A | Rent | K | R | | | | | |
| 5. Rental Property #1, Ruston, LA - 07/03/01, $82,297 | A | Rent | L | R | | | | | |
| 6. IRA # 1 Raymond James Bank Deposit Program | A | Interest | K | T | | | | | |
| 7. Barksdale Federal Credit Union | | None | J | T | | | | | |
| 8. Red River Syndicate LP | A | Int./Div. | K | U | | | | | |
| 9. Janney, Montgomery Scott Brokerage Account - Cash | A | Interest | J | T | | | | | |
| 10. IRA #1 Globalnet | | None | J | T | | | | | |
| 11. Giant Studios | | None | J | T | | | | | |
| 12. IRA #2 Raymond James Bank Deposit Program | A | Interest | L | T | | | | | |
| 13. Raymond James Bank Deposit Program-T | A | Int./Div. | J | T | | | | | |
| 14. Scottrade Cash Acct. | A | Interest | K | T | | | | | |
| 15. Canadian Oil Sands- Scottrade | A | Dividend | | | Sold | 10/14/14 | J | A | |
| 16. IRA #2 Encana | A | Dividend | J | T | | | | | |
| 17. IRA #2 National Fuel Gas | A | Dividend | | | Sold | 09/19/14 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #2 Kinder Morgan Partners | A | Distribution | | | Sold | 09/19/14 | K | D | |
| 19. Rental Property #2, New Orleans, LA 1/1/09 $55,000 | A | Rent | | | Sold | 05/19/14 | K | D | |
| 20. Breitburn Energy Partner-Janney | B | Distribution | | | Sold | 03/05/14 | J | A | |
| 21. Cenovus Energy- Scottrade | A | Dividend | | | Sold | 10/14/14 | J | A | |
| 22. Geron Corp- Scottrade | | None | | | Sold | 10/14/14 | J | A | |
| 23. IRA #2 Dendreon Corp | | None | | | Sold | 09/19/14 | J | A | |
| 24. IRA #2 MolyCorp Inc | | None | | | Sold | 09/19/14 | J | A | |
| 25. IRA #2 Sharps Compliance Corp | | None | | | Sold | 09/19/14 | J | A | |
| 26. IRA #2- Genesis Energy LP | A | Distribution | K | T | Buy (add'l) | 12/09/14 | J | | |
| 27. IRA #1- GNMA Series 2009-87 | A | Interest | J | T | | | | | |
| 28. IRA #3 Raymond James Bank Deposit Program | A | Interest | J | T | | | | | |
| 29. JP Morgan -Cash Acct. | | None | J | T | | | | | |
| 30. Raymond James Bank Deposit Program-S | | None | J | T | | | | | |
| 31. IRA #2-Evolution Petroleum | A | Dividend | | | Sold (part) | 09/19/14 | J | B | |
| 32. | | | | | Sold | 09/22/14 | J | B | |
| 33. IRA #2-Interdigital Inc. | A | Dividend | J | T | | | | | |
| 34. IRA #2-Guggenheim Canadian | A | Dividend | | | Sold | 09/19/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA #2-Ishares Comex Gold | | None | J | T | | | | | |
| 36. Apple Inc. - Janney | A | Dividend | | | Sold | 03/05/14 | J | A | |
| 37. Linn Energy LLC - Janney | B | Distribution | J | T | | | | | |
| 38. Chemtrade Logis - Scottrade | A | Dividend | | | Sold | 10/14/14 | J | A | |
| 39. IRA #1-GNMA Series 2010-162 | A | Interest | J | T | | | | | |
| 40. Ani Pharmaceuticals Inc. - Janney | | None | | | Sold | 11/13/14 | J | A | |
| 41. Access Midstream Partners LP - Janney | A | Distribution | | | Sold | 06/11/14 | J | D | |
| 42. Raymond James S- Capital Southwest Corporation | A | Dividend | J | T | | | | | |
| 43. IRA #2-Apple Incorporated | A | Dividend | K | T | Buy (add'l) | 09/22/14 | J | | |
| 44. IRA #2-Chevron Corporation | A | Dividend | J | T | | | | | |
| 45. IRA #2-Conocophillips | A | Dividend | J | T | | | | | |
| 46. IRA #2-Proto Labs Incorporated | | None | J | T | Sold (part) | 09/19/14 | J | A | |
| 47. IRA #2-Regeneron Pharmaceuticals | | None | J | T | | | | | |
| 48. IRA #2-3-D Systems Corporation | | None | J | T | Sold (part) | 09/19/14 | J | A | |
| 49. IRA #2-Virnetx Hldg Corp | | None | | | Sold | 09/16/14 | J | A | |
| 50. IRA #2-Stratasys Limited Shs | | None | J | T | Sold (part) | 09/19/14 | J | A | |
| 51. IRA #2-Cole Real Estate Invts | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA #2-Cyrosone Incorporated | A | Dividend | J | T | | | | | |
| 53. IRA #2-Energy Transfer Partners | A | Distribution | J | T | | | | | |
| 54. IRA #2-Martin Midstream Partners LP | B | Distribution | J | T | | | | | |
| 55. IRA #2-W P Carey Inc. | B | Dividend | K | T | | | | | |
| 56. IRA #2-World PT Terms LP | A | Distribution | | | Sold | 11/25/14 | J | A | |
| 57. IRA #2-Villere Balanced Fund Investor Class | A | Dividend | J | T | | | | | |
| 58. IRA #2 - Fed Ex | A | Dividend | J | T | Buy | 09/22/14 | J | | |
| 59. IRA #2- Grifols | A | Dividend | J | T | Buy | 03/31/14 | J | | |
| 60. IRA #2- Hydrogenics | | None | J | T | Buy | 08/14/14 | J | | |
| 61. | | | | | Sold (part) | 11/25/14 | J | A | |
| 62. IRA #2- Energy Transfer Equity | A | Distribution | J | T | Buy | 03/31/14 | J | | |
| 63. IRA #2 - American Rlty Cap (X) | A | Dividend | | | Sold (part) | 02/12/14 | J | A | |
| 64. | | | | | Buy (add'l) | 02/21/14 | J | | |
| 65. | | | | | Sold | 10/30/14 | J | A | |
| 66. IRA #2 - Asterias | | None | | | Buy | 09/05/14 | J | | |
| 67. | | | | | Sold | 09/19/14 | J | A | |
| 68. Pacira Pharmaceuticals- Raymond James T | | None | J | T | Buy | 09/05/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Gilead Sciences - Janney | | None | J | T | Buy | 03/05/14 | J | | |
| 70. Enlink Midstream - Janney | A | Distribution | J | T | Buy | 06/11/14 | J | | |
| 71. Asterias Biotherapeutics - Scottrade | A | Dividend | | | Buy | 07/22/14 | J | | |
| 72. | | | | | Sold | 10/14/14 | J | A | |
| 73. IberiaBank | | None | K | T | Open | 10/21/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ S. Maurice Hicks, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544